UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JEFFERY SANCHEZ SMITH** | **DOCKET NO. 2:24-cv-00644**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant matter be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the pending Motion for Temporary Restraining Order (Doc. 2.) be **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in chambers this 6th day of December, 2024.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**